UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>SHANKAR DAS<br><br>                    Debtor(s) | Chapter 13<br>Case No. 17-35247<br><br>Judge JANET S. BAER |

## AGREED ORDER AMENDING THE CHAPTER 13 PLAN
## AND WITHDRAWING OBJECTION TO CONFIRMATION

THIS MATTER COMING TO BE HEARD on the Objection of U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-WMC4, Mortgage Pass-Through Certificates, Series 2006-WMC4, to confirmation of the Plan, said Plan otherwise set to be recommended for confirmation by the Trustee, due notice having been given and the Court being fully advised in the premises, the parties in agreement;

IT IS HEREBY ORDERED that the Chapter 13 Plan, filed herein on November 28,2017, as Document #2, is hereby amended on its face in *Section E. Disbursements by the Trustee, 5. Mortgage arrears* to reflect arrears due U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-WMC4, Mortgage Pass-Through Certificates, Series 2006-WMC4 in the sum of $710.99 payable over the term of the plan.

IT IS FURTHER ORDERED THAT the Objection to Confirmation filed herein on behalf U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-WMC4, Mortgage Pass-Through Certificates, Series 2006-WMC4 is withdrawn.


/s/ Michelle Madroiu
Michelle Mandroiu, Esq.
Counsel for Debtor

/s/ Timothy R. Yueill
Timothy R. Yueill, Esq.
Counsel for U.S. Bank

/s/ Carolyn Suzzi
Carolyn Suzzi, Esq.
Counsel for the Chapter 13 Trustee

Enter: _____
Judge JANET S. BAER


Dated:  2/2/18

**LAW OFFICES OF IRA T. NEVEL, LLC**
Timothy R. Yueill
175 North Franklin St. Suite 201
Chicago, Illinois  60606
(312) 357-1125
Pleadings@nevellaw.com
PO # 17-03990